# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

| | | |
|---|---|---|
| Andrea E. Celli, Esq.<br>Trustee<br>Bonnie Baker, Esq.<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

May 23, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    08-12520            Jeffrey B. Arensberg

To Whom It May Concern:

Enclosed please find check #**922649** in the amount of **$2.92**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.        10

Account#        8340

Creditor        Portfolio Recovery Assoc.
                POB 12914
                Norfolk, VA 23541

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

*[Stamp: Rec'd $2.92 5/24/11]*

*[Stamp: FILED MAY 24 2011 OFFICE OF THE BANKRUPTCY CLERK ALBANY, NY]*